IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Devery,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-24-00025-TUC-AMM<br><br>**ORDER** |

On February 19, 2025, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") recommending this Court reverse and remand the decision of the Commissioner of Social Security. (Doc. 30.) Judge Markovich notified the parties they had seven (7) days to file any written objections to the proposed findings and recommendation. (*Id.* at 41.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition.

///

The Court has reviewed Judge Markovich's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 30.)

**IT IS FURTHER ORDERED** that decision by the Commissioner is **REVERSED** and the matter is **REMANDED** for further consideration. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 27th day of February, 2025.

Honorable Angela M. Martinez
United States District Judge